UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

    Plaintiff,

Vs.                             Civil Action No: 2:18-cv-10545
                                  Honorable Sean F. Cox

CROSSROADS SHOPPING CENTER
INVESTMENTS, LLC, a Delaware
Limited Liability Company; BIG LOTS
STORES, INC., an Ohio Corporation for
Profit; and FAMILY FARM & HOUSE, INC.,
A Michigan Corporation for Profit,

    Defendants.

| | |
|---|---|
| OWEN DUNN JR. (P66315) | MATTHEW J. CONSOLO (P75214) |
| VALERIE J. FATICA (0083812) | SECREST WARDLE |
| LAW OFFICES OF OWEN B. DUNN, JR. | Attorneys for Defendant – Big Lots Stores |
| Attorney for Plaintiff | 2600 Troy Center Drive |
| The Ottawa Hills Shopping Center | P. O. Box 5025 |
| 4334 W. Central Avenue, Suite 222 | Troy, MI  48007-5025 |
| Toledo, OH  43615 | P:  (248) 851-9500 |
| P:  (419) 241-9661 | mconsolo@secrestwardle.com |
| F:  (419) 241-9737 | |
| dunnlawoffice@sbcglobal.net | |
| valeriefatica@gmail.com | |

**STIPULATION FOR DISMISSAL AS TO BIG LOTS, ONLY**

     The above entitled cause having been amicably adjusted between the parties hereto;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and their respective counsel that Plaintiff's Complaint shall be dismissed with prejudice and without costs to Defendant, Big Lots Stores, Inc. only.

IT IS FURTHER STIPULATED AND AGREED that this dismissal does not resolve the last pending claim and the case remains open.

| LAW OFFICES OF<br>OWEN B. DUNN, JR. | SECREST WARDLE |
|---|---|
| By: */s/ Owen Dunn, Jr. (w/consent)*<br>    Owen Dunn, Jr. (P66315)<br>    Attorney for Plaintiff | By: **/s/ Matthew J. Consolo**<br>    Matthew J. Consolo (P75214)<br>    Attorney for Defendant – Big Lots<br>        Stores, Inc., ONLY |

### **ORDER FOR DISMISSAL AS TO BIG LOTS, ONLY**

In accordance with a stipulation to that effect;

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be dismissed with prejudice and without costs to Defendant, Big Lots Stores, Inc., only.

IT IS FURTHER ORDERED that this dismissal does not resolve the last pending claim and the case remains open.

Dated:  August 21, 2018                     s/Sean F. Cox
                                            Sean F. Cox
                                            U. S. District Judge