UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, <br><br> Plaintiff, <br><br> v. <br><br> **Crossroads Shopping Center Investments, LLC., et al** <br><br> Defendants. | Case No. 2:18-cv-10545 <br><br> Judge Sean F. Cox |

## STIPULATION

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, Leland Foster and Crossroads Shopping Center Investments, LLC., the parties stipulate that the claims of Plaintiff Leland Foster solely as to the Defendant Crossroads Shopping Center Investments, LLC., are dismissed with prejudice and without fees or costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

The pending crossclaims of Defendants, or Plaintiff Foster's claims against Family Farm & Home, Inc. are not affected by the entry of this stipulation.

Respectfully submitted,

/s/ Owen B. Dunn, Jr.
Owen B. Dunn, Jr. (0074743)
Law Offices of Owen Dunn, Jr.
Valerie J. Fatica (0083812)
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
419-241-9661/Fax: 419-241-9737
Email: dunnlawoffice@sbcglobal.net
valeriefatica@gmail.com
*Co-Counsel for Plaintiff*

/s/ John W. Henke, III
John W. Henke, III (P39294)
Law Offices of John W. Henke, III
jwhenke@aol.com
29800 Telegraph Rd.
Southfield, MI 48034
*Counsel for* Crossroads Shopping Center Investments, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2018 I filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Owen B. Dunn, Jr.  _____
Owen B. Dunn, Jr. (p66315)
Law Offices of Owen Dunn, Jr.
Valerie J. Fatica (0083812)
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
419-241-9661/Fax: 419-241-9737
Email: dunnlawoffice@sbcglobal.net
valeriefatica@gmail.com
*Co-Counsel for Plaintiff*