UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

      Plaintiff,

v

CROSSROADS SHOPPING CENTER
INVESTMENTS, LLC, a Delaware Limited Liability
Company,

      Defendant/Cross-Defendant,

and

BIG LOTS STORES, INC., an Ohio Corporation for
Profit,

      Defendant,

and

FAMILY FARM & HOME, INC., a Michigan
Corporation

      Defendant/Cross-Claimant,

CASE NO. 2:18-CV-10545-SFC-RSW

HON. SEAN F. COX

**STIPULATION GRANTING DEFENDANT, FAMILY FARM & HOME, INC.'S MOTION TO COMPEL DEFENDANT/CROSS-DEFENDANT, CROSSROADS SHOPPING CENTER INVESTMENTS, LLC'S ANSWERS TO OUTSTANDING INTERROGATORIES AND TO PRODUCE DOCUMENTS**

---

Owen B. Dunn, Jr. (P66315)
Valerie J. Fatica (0083812)
Law Office of Owen B. Dunn, Jr.
Attorneys for Leland Foster
The Ottawa Hills Shopping Center
dunnlawoffice@sbcglobal.net;
valeriefatica@gmail.com
4334 W. Central Ave., Ste 222
Toledo, OH 43615
419-241-9661

Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Family Farm & Home, Inc.
keven@shrr.com
900 Third St., Ste 204
Muskegon, MI 49440
231-724-4320

John W. Henke, III (P39294)
Law Offices of John W. Henke, III
Attorneys for Crossroads Shopping Center Investments, LLC
jwhenke@aol.com
29800 Telegraph Rd.
Southfield, MI 48034
248-353-6500

John J. Schutza (P26338)
Stacey J. McDaniel (P77672)
Merry, Farnen & Ryan PC
Attorneys for Family Farm & Home, Inc.
Jschutza@mfr-lw.com; smcdaniel@mfr-law.com
300 Maple Park Blvd., Ste 301
St. Clair Shores, MI 48081
586-541-0114

### STIPULATION GRANTING DEFENDANT, FAMILY FARM & HOME, INC.'S MOTION TO COMPEL DEFENDANT/CROSS-DEFENDANT, CROSSROADS SHOPPING CENTER INVESTMENTS, LLC'S ANSWERS TO OUTSTANDING INTERROGATORIES AND TO PRODUCE DOCUMENTS

NOW COME Defendant/Cross-Claimant, Family Farm & Home, Inc., and Defendant/Cross-Defendant, Crossroads Shopping Center Investments, LLC, by and through their respective attorneys, and hereby stipulate to the entry of an order GRANTING Defendant/Cross-Claimant, Family Farm & Home, Inc.'s motion to compel discovery pursuant to Fed R Civ P 37(a), and agree as follows:

1. On or about September 17, 2018, Defendant, Family Farm & Home, Inc., served on Defendant/Cross-Defendant, Crossroads Shopping Center Investments, LLC its First Set of Interrogatories in writing pursuant to Fed. R. Civ. P. 33.

2. On or about September 17, 2018, Defendant, Family Farm & Home, Inc., served on Defendant/Cross-Defendant, Crossroads Shopping Center Investments, LLC its First Request for Production of Documents in writing pursuant to Fed. R. Civ. P. 34.

3. To date Defendant/Cross-Defendant, Crossroads Shopping Center Investments, LLC has failed to timely answer or respond to the aforementioned discovery requests.

4. The Parties agree that Defendant/Cross-Defendant, Crossroads Shopping Center Investments, LLC shall submit full and complete answers and responses to the aforementioned discovery requests within fifteen (15) days of the entry of this order.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

SHRR\4477143.v1

| | |
|---|---|
| Dated: December 4, 2018 | /s/ Kevin B. Even<br>Kevin B. Even (P38599)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Family Farm & Home, Inc.<br>keven@shrr.com<br>900 Third St., Ste 204<br>Muskegon, MI 49440<br>231-724-4320 |
| Dated: December 4, 2018 | /s/ John W. Henke, III<br>John W. Henke, III (P39294)<br>Law Offices of John W. Henke, III<br>Attorneys for Crossroads Shopping Center Investments, LLC<br>jwhenke@aol.com<br>29800 Telegraph Rd.<br>Southfield, MI 48034<br>248-353-6500 |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

-3-

SHRR\4477143.v1