UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

        Plaintiff,

v

CROSSROADS SHOPPING CENTER INVESTMENTS, LLC, a Delaware Limited Liability Company,

        Defendant/Cross-Defendant,

and

BIG LOTS STORES, INC., an Ohio Corporation for Profit,

        Defendant,

and

FAMILY FARM & HOME, INC., a Michigan Corporation

        Defendant/Cross-Claimant,

CASE NO. 2:18-CV-10545-SFC-RSW

HON. SEAN F. COX

**STIPULATION TO DISMISS CROSS CLAIM**

---

Owen B. Dunn, Jr. (P66315)
Valerie J. Fatica (0083812)
Law Office of Owen B. Dunn, Jr.
Attorneys for Leland Foster
The Ottawa Hills Shopping Center
dunnlawoffice@sbcglobal.net;
valeriefatica@gmail.com
4334 W. Central Ave., Ste 222
Toledo, OH 43615
419-241-9661

Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Family Farm & Home, Inc.
keven@shrr.com
900 Third St., Ste 204
Muskegon, MI 49440
231-724-4320

John W. Henke, III (P39294)
Law Offices of John W. Henke, III
Attorneys for Crossroads Shopping Center Investments, LLC
jwhenke@aol.com
29800 Telegraph Rd.
Southfield, MI 48034
248-353-6500

        John J. Schutza (P26338)
        Stacey J. McDaniel (P77672)
        Merry, Farnen & Ryan PC
        Attorneys for Family Farm & Home, Inc.
        Jschutza@mfr-lw.com; smcdaniel@mfr-law.com
        300 Maple Park Blvd., Ste 301
        St. Clair Shores, MI 48081
        586-541-0114

## **STIPULATION TO DISMISS CROSS-CLAIM**

NOW COME the parties hereto, by and through their respective counsel of record; and

HEREBY STIPULATE that the Cross Claim filed by Family Farm & Home, Inc., against Crossroads Shopping Center Investments, LLC may be dismissed with prejudice and without costs or attorney's fees to either party.

Dated: January 16, 2019        /s/ Kevin B. Even
        Kevin B. Even (P38599)
        SMITH HAUGHEY RICE & ROEGGE
        Attorneys for Family Farm & Home, Inc.
        keven@shrr.com
        900 Third St., Ste 204
        Muskegon, MI 49440
        231-724-4320

Dated: January 16, 2019        /s/ John W. Henke
        John W. Henke, III (P39294)
        Law Offices of John W. Henke, III
        Attorneys for Crossroads Shopping Center Investments, LLC
        jwhenke@aol.com
        29800 Telegraph Rd.
        Southfield, MI 48034
        248-353-6500