## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**LELAND FOSTER,**

    PLAINTIFF,

vs.                                      C.A. NO. 2:18-CV-10545
                                            HON. SEAN F. COX

**FAMILY FARM & HOME, INC.,**

    DEFENDANT,

## STIPULATION TO DISMISS ALL CLAIMS AS TO FAMILY FARM & HOME, INC.

Pursuant to a confidential Settlement Agreement With Release entered into between the parties, plaintiff Leland Foster and defendant Family Farm & Home, Inc., the parties stipulate that all claims of plaintiff Leland Foster as to defendant Family Farm & Home, Inc. in the above-captioned cause are dismissed with prejudice and without costs to either party.

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. | /s/ John J. Schutza |
| Owen B. Dunn, Jr. (0074743) | John J. Schutza (P26338) |
| Law Offices of Owen Dunn, Jr. | Merry, Farnen & Ryan. P.C. |
| 4334 W. Central Ave., Ste. 222 | 300 Maple Park Blvd., Ste. 301 |
| Toledo, OH 43615 | St. Clair Shores, MI 48081 |
| 419-241-9661 | 586-776-6700 |
| dunnlawoffice@sbcglobal.net | jschutza@mfr-law.com |